UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOSHUA R. I. COHEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br>    **Plaintiff**<br>**v.**<br><br>**THE BRACHFELD LAW GROUP, A PROFESSIONAL CORPORATION**<br>    **Defendant** | **CASE NUMBER:**<br>**3:10-cv-00929-CFD**<br><br><br><br><br><br>**AUGUST 20, 2010** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i), the plaintiff, Joshua R. I. Cohen, through his attorney, hereby stipulates that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

        **PLAINTIFF, JOSHUA R. I. COHEN**,
        Individually, And On Behalf Of the Class,

    By:  /s/Daniel S. Blinn_____
        Daniel S. Blinn, Fed Bar No. ct02188
        dblinn@consumerlawgroup.com
        Consumer Law Group, LLC
        35 Cold Spring Road
        Suite 512
        Rocky Hill, CT  06067
        Tel. (860) 571-0408; Fax. (860) 571-7457

## **CERTIFICATION**

I hereby certify that on this 20th day of August, 2010, a copy of foregoing Notice of Dismissal with Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn